UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C. R.,

Plaintiff,

v.

BLUE SHIELD OF CALIFORNIA,

Defendant.

Case No. 25-cv-09226-AGT

**CONDITIONAL DISMISSAL ORDER**

Plaintiff notified the Court that the parties settled and expect to file a stipulation of dismissal no later than December 28, 2026. *See* dkt. 30. Given this notice, the Court conditionally dismisses the case without prejudice.

If the parties notify the Court by December 28, 2026 that their settlement is delayed or won't be finalized as soon as planned, the Court will amend or vacate this order and schedule a case management conference. If the parties don't file such a notice by December 28, 2026, the action will be dismissed with prejudice by virtue of this order, without any further order of the Court. All currently set dates in the case are vacated.

**IT IS SO ORDERED.**

Dated: November 13, 2026

Alex G. Tse
United States Magistrate Judge